LISA SCOLARI<br>
Attorney at Law<br>
20 VESEY STREET, SUITE 400<br>
NEW YORK, NEW YORK 10007<br>
scolarilaw@gmail.com<br>
(212) 227-8899

August 13, 2024

Hon. Laura Taylor Swain
Chief Judge
United States District Court
500 Pearl St.
New York, N.Y. 10007
*via ECF*

## MEMO ENDORSED

Re: United States v. Jenkens Bouloute,
24 Cr. 479(LTS)

Your Honor:

    I write to request that Court approve week extension of time until August 20, 2024 for Jensen Bouloute to secure his bond with a co-signer. He has been indicted and the case was just assigned to the Court. Mr. Bouloute was released on a fifty thousand dollar bond, which requires on co-signer. He has surrendered his passport and is reporting to pretrial.
    The government, by Getzel Berger, Esq., consents to this request.

Respectfully,

*Lisa Scolari*

Lisa Scolari

The foregoing request is granted.
This resolves docket entry no. 22.

SO ORDERED:
Dated: August 14, 2024

/s/ Laura Taylor Swain, Chief U.S.D.J.
HON. LAURA TAYLOR SWAIN