```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   1:24-cr-00479-LTS-4
                                     :
     -against-                       :   ORDER
                                     :
Jenkens Bouloute                     :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Laura Taylor Swain, Chief United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following conditions: Maintain a single residence and do not relocate without prior approval of Pretrial Services; Defendant may not reside with Ms. Eboney French during the pendency of this case.

Dated: September 25, 2024
New York, New York

                                        SO ORDERED:

                                        /s/ Laura Taylor Swain
                                        Laura Taylor Swain
                                        Chief United States District Judge