UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                         No.  24-CR-479

JENKENS BOULOUTE,                                                       ORDER

        Defendant.

-------------------------------------------------------x

        A plea hearing in this case is scheduled to proceed on June 25, 2025, at 11:00 a.m. in Courtroom 17C.

        SO ORDERED.

Dated: New York, New York                         /s/ Laura Taylor Swain
       June 4, 2025                                  LAURA TAYLOR SWAIN
                                                                 Chief United States District Judge