UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                     :
UNITED STATES OF AMERICA
                                              :        CONSENT PRELIMINARY ORDER
              - v. -                                   OF FORFEITURE/
                                              :        MONEY JUDGMENT
JENKENS BOULOUTE,
                                              :        24 Cr. 479 (LTS)
                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

        WHEREAS, on or about August 13, 2024, JENKENS BOULOUTE (the

"Defendant"), among others, was charged in four counts of a seven-count Indictment, 24 Cr. 479

(LTS) (the "Indictment"), with conspiracy to possess and sell stolen vehicles, in violation of Title

18, United States Code, Section 371 (Count One); possession and sale of stolen motor vehicle, in

violation of Title 18, United States Code, Sections 2313 and 2 (Count Five); conspiracy to commit

wire fraud in violation of Title 18, United States Code, Section 1349 (Count Six); and wire fraud

in violation of, Title 18, United States Code, Sections 1343 and 2 (Count Seven);

        WHEREAS, the Indictment included a forfeiture allegation as to Count Five of the

Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code,

Section 982(a)(5), of any and all property, real and personal, which represents or is traceable to

the gross proceeds obtained, directly or indirectly, from the commission of the offense charged in

Count Five of the Indictment, including but not limited to a sum of money in United States

currency representing the amount of gross proceeds traceable to the commission of the offense

charged in Count Five of the Indictment;

        WHEREAS, on or about _June 23, 2025_____, the Defendant pled guilty to Count

Five of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant

admitted the forfeiture allegation with respect to Count Five of the Indictment and agreed to forfeit

to the United States, pursuant to Title 18, United States Code, Section 982(a)(5), a sum of money equal to $40,000 in United States currency, representing proceeds traceable to the commission of the offense in Count Five of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $40,000 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Five of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Five of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney, Getzel Berger, of counsel, and the Defendant, and his counsel, Lisa Scolari, Esq., that:

1.      As a result of the offense charged in Count Five of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $40,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Five of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, JENKENS BOULOUTE, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to United States Customs

and Border Protection, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.      Upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, and pursuant to Title 21, United States Code, Section 853, United States Customs and Border Protection, or its designee the Office of Fines, Penalties, and Forfeiture shall be authorized to deposit the payment on the Money Judgment into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.


[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

8.    The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    _____         6/25/25
GETZEL BERGER                                DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-1061


JENKENS BOULOUTE


By:    _____         6/25/25
JENKENS BOULOUTE                            DATE


By:    _____         6/26/25
LISA SCOLARI, ESQ.                          DATE
Attorney for Defendant
20 Vesey Street
Suite 400
New York, NY 10007


SO ORDERED:

_____              6/25/25
HONORABLE LAURA TAYLOR SWAIN                 DATE
CHIEF UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK