LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

January 16, 2025        **<u>MEMO ENDORSED</u>**

Hon. Laura Taylor Swain
Chief Judge
United States District Court
500 Pearl St.
New York, N.Y. 10007
*via ECF*

Re: United States v. Jenkens Bouloute.
24 Cr. 479(LTS)

Your Honor:

Mr. Bouloute surrendered to custody as required yesterday, January 15, 2026. In accord with his release conditions, Mr. Bouloute's passport was turned in to Pretrial and I write to ask that the Court authorized the Pretrial Service Office to return his passport to me.

Respectfully,

*Lisa Scolari*

Lisa Scolari

The foregoing request is granted.  The Pretrial Services Office is respectfully directed to return Mr. Bouloute's passport to Ms. Scolari.

SO ORDERED.
January 20, 2026
/s/ Laura Taylor Swain, Chief USDJ